UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-60168-CR-COHN-SELTZER

UNITED STATES OF AMERICA,

        Plaintiff,

VS.

TOMAS SALOM,

        Defendant.
_____/

**ORDER**

**THIS CAUSE** came before the Court upon the Defendant Tomas Salom's Motion to Amend Order [DE 155]. Having reviewed the same, it is

**ORDERED AND ADJUDGED** that the Government shall respond to Defendant's motion within 15 days from the date of this Order.

**DONE AND ORDERED** at Fort Lauderdale, Florida, this 11th day of July 2008.

        JAMES I. COHN
        UNITED STATES DISTRICT JUDGE

cc:  Bertha Mitrani, AUSA
     Alan Glueck, Esq.
     U.S. Probation
     U.S. Marshals
     Bureau of Prisons